# Exhibit A

**WARRANT IN DEBT** (CIVIL CLAIM FOR MONEY)
Commonwealth of Virginia      VA. CODE § 16.1-79

............................ Prince William County ............................................ General District Court
CITY OR COUNTY

............................ 9311 Lee Avenue, Manassas, Virginia 20110 ............................
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summons the Defendant(s). FEB 24

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on

MAY 12 2022 @ 11:00 A.M. .................... to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

........................................ |    [ ] CLERK   [ ] DEPUTY CLERK   [ ] MAGISTRATE
DATE ISSUED

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$ ............50,000.00.......... net of any credits, with interest at ........6.00.... % from date of .......3/6/2020........ until paid,

$ ................62.00.......... costs and $ ................................ attorney's fees with the basis of this claim being

[ ] Open Account  [ ] Contract  [ ] Note  [X] Other (EXPLAIN)

Personal Injuries, Lost Wages, Mental Anguish and all other damages recoverable in law and equity caused by Defendant's negligence in a motor vehicle crash on 03/06/2020.

HOMESTEAD EXEMPTION WAIVED? [ ] YES  [ ] NO  [ ] cannot be demanded

2/24/22
DATE       [ ] PLAINTIFF  [X] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S EMPLOYEE/AGENT

**CASE DISPOSITION**

JUDGMENT against [ ] named Defendant(s) [ ] ................................

for $ ........................... net of any credits, with interest at .................. % from date

of ........................ until paid, $ ........................ costs and $ ........................ attorney's fees

[ ] and $ ............................ costs for Servicemember Civil Relief Act counsel fees

HOMESTEAD EXEMPTION WAIVED? [ ] YES  [ ] NO  [ ] CAN NOT BE DEMANDED

[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] ................................

........................................................................

[ ] NON-SUIT  [ ] DISMISSED ........................................

Defendant(s) Present: [ ] NO  [ ] YES ........................................

........................................       ........................................
DATE                                   JUDGE

FORM DC-412 (FRONT) REVISED 10/18

---

CASE NO. .

............ HANIFI, Jamila Shugofa ............
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

............ 6910 Witton Circle ............

............ Gainesville, Virginia 20155 ............

A-8-30                        v.

............ VAN ROE, Sara Jane ............
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

............ 6048 Dunnbrook Terrace ............

............ Haymarket, Virginia 20169 ............

**WARRANT IN DEBT**

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice of the reverse about requesting a change of trial location.

[ ] To dispute this claim, you **must** appear on the return date to try this case.

[ ] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars ................................
ORDERED          DUE

Grounds of Defense ................................
ORDERED          DUE

**ATTORNEY FOR PLAINTIFF(S)**

Demetrios C. Pikrallidas & Ryan M. Probasco  (703) 267-2600

10605 Judicial Drive, Bldg. A-4, Fairfax, Virginia 22030

**ATTORNEY FOR DEFENDANT(S)**

........................................................................

........................................................................

---

**HEARING DATE AND TIME**

MAY 12, 2022
@ 11:00 A.M.

----------------------

----------------------

----------------------

----------------------

----------------------

**JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.**

........................................
DATE

........................................
CLERK

**DISABILITY ACCOMMODATIONS**
for loss of hearing, vision, mobility, etc., contact the court ahead of time.

**RETURNS: Each defendant was served according to law, as indicated below, unless not found.**

| | | |
|---|---|---|
| NAME........ Sara Jane Van Roe .............. | NAME ............................................. | NAME ............................................. |
| .................................................. | ................................................. | ................................................. |
| ADDRESS ........ 6048 Dunnbrook Terrace ...... | ADDRESS .......................................... | ADDRESS .......................................... |
| ............ Haymarket, Virginia 20169 ......... | ................................................. | ................................................. |
| [ ] PERSONAL SERVICE  Tel. No. ................ | [ ] PERSONAL SERVICE  Tel. No. ................ | [ ] PERSONAL SERVICE  Tel. No. ................ |

| | | |
|---|---|---|
| Being unable to make personal service, a copy was delivered in the following manner: | Being unable to make personal service, a copy was delivered in the following manner: | Being unable to make personal service, a copy was delivered in the following manner: |
| [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above. | [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above. | [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above. |
| [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) | [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) | [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) |
| [ ] Served on Secretary of the Commonwealth | [ ] Served on Secretary of the Commonwealth | [ ] Served on Secretary of the Commonwealth |
| [ ] NOT FOUND | [ ] NOT FOUND | [ ] NOT FOUND |
| SERVING OFFICER | SERVING OFFICER | SERVING OFFICER |
| ................... for_____ DATE | ................... for_____ DATE | ................... for_____ DATE |

**OBJECTION TO VENUE:**

To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

....................... 2/24/2022

DATE

[ ] Plaintiff
[X] Plaintiff's Atty.
[ ] Plaintiff's Agent

Fi. Fa. issued on .................................................................

Interrogatories issued on: ....................................................

Garnishment issued on ........................................................

..........................................................................................

FORM DC-412, DC-414, DC-428  (REVERSE) REVISED 07/04

**WARRANT IN DEBT** (CIVIL CLAIM FOR MONEY)
Commonwealth of Virginia      VA. CODE § 16.1-79

Prince William County
..................................................................... General District Court
CITY OR COUNTY

9311 Lee Avenue, Manassas, Virginia 20110
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summons the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on
MAY 12, 2022 @ 11:00 A.M. ............ to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

March 14, 2022          [✓] CLERK    [ ] DEPUTY CLERK    [ ] MAGISTRATE
DATE ISSUED

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of
$ ........50,000.00........ net of any credits, with interest at ........6.00....... % from date of ........3/6/2020........ until paid,
$ ........62.00........ costs and $ ................................. attorney's fees with the basis of this claim being

[ ] Open Account  [ ] Contract  [ ] Note  [X] Other (EXPLAIN)

Personal Injuries, Lost Wages, Mental Anguish and all other damages recoverable in law and equity caused by Defendant's negligence in a motor vehicle crash on 03/06/2020.

HOMESTEAD EXEMPTION WAIVED?  [ ] YES  [ ] NO  [ ] cannot be demanded

2/24/22          [ ] PLAINTIFF  [X] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S EMPLOYEE/AGENT
DATE

**CASE DISPOSITION**

JUDGMENT against [ ] named Defendant(s) [ ] ........................................................

for $ ......................... net of any credits, with interest at .................... % from date

of ..................... until paid, $ ......................... costs and $ ................................. attorney's fees

[ ] and $ ......................... costs for Servicemember Civil Relief Act counsel fees

HOMESTEAD EXEMPTION WAIVED?  [ ] YES  [ ] NO  [ ] CAN NOT BE DEMANDED

[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] ........................................................

[ ] NON-SUIT  [ ] DISMISSED ........................................................

Defendant(s) Present:  [ ] NO  [ ] YES ........................................................

........................................................          ........................................................
DATE                                                          JUDGE

FORM DC-412 (FRONT) REVISED 10/18

---

CASE NO. GV22001450-00

HANIFI, Jamila Shugofa
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

6910 Witton Circle

Gainesville, Virginia 20155

**V.**

VAN ROE, Sara Jane
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

6048 Dunnbrook Terrace

Haymarket, Virginia 20169

**WARRANT IN DEBT**

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice of the reverse about requesting a change of trial location.

[ ]  To dispute this claim, you **must** appear on the return date to try this case.

[ ]  To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars .............................................
                          ORDERED          DUE

Grounds of Defense .............................................
                          ORDERED          DUE

ATTORNEY FOR PLAINTIFF(S)

Demetrios C. Pikrallidas & Ryan M. Probasco  (703) 267-2600

10605 Judicial Drive, Bldg. A-4, Fairfax, Virginia 22030

ATTORNEY FOR DEFENDANT(S)

........................................................

........................................................

---

**HEARING DATE AND TIME**

MAY 12, 2022
@ 11:00 A.M.

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.

........................................................
DATE

........................................................
CLERK

**DISABILITY ACCOMMODATIONS** for loss of hearing, vision, mobility, etc., contact the court ahead of time.

**RETURNS: Each defendant was served according to law, as indicated below, unless not found.**

| | | |
|---|---|---|
| NAME............... Sara Jane Van Roe | NAME ............................................ | NAME ............................................ |
| ADDRESS ......... 6048 Dunnbrook Terrace | ADDRESS ........................................ | ADDRESS ........................................ |
| Haymarket, Virginia 20169 | | |

**Column 1 (Sara Jane Van Roe):**

[ ] PERSONAL SERVICE   Tel. No. ..........................

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

_____

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

SERVING OFFICER _____

.................... for _____
DATE

[ ] PERSONAL SERVICE   Tel. No. ..........................

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

_____

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

SERVING OFFICER _____

.................... for _____
DATE

[ ] PERSONAL SERVICE   Tel. No. ..........................

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

_____

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

SERVING OFFICER _____

.................... for _____
DATE

**OBJECTION TO VENUE:**

To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

2/24/2022

....................
DATE

[ ] Plaintiff
[X] Plaintiff's Atty.
[ ] Plaintiff's Agent

Fi. Fa. issued on ..........................................................

Interrogatories issued on: ..........................................

Garnishment issued on ...............................................

FORM DC-412, DC-414, DC-428 (REVERSE) REVISED 07/04