# Exhibit B

Eastern District of Virginia
## United States Attorney's Office



### **CERTIFICATION**

I, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, pursuant to 28 U.S.C. § 2679, and by virtue of the authority vested in me by the Attorney General under 28 C.F.R. § 15.4, hereby certify that I am familiar with the allegations made in the complaint filed by the plaintiff, Jamila Hanifi, in Jamila Hanifi v. Sara Jane Van Roe, in the General District Court of Prince William County, Case No. GV22001950-00.  On the basis of the information now available with respect to the claim(s) set forth therein, I find and certify that defendant Sara Jane Van Roe was acting within the scope of her office or employment as an employee of the federal government at the time of the incident out of which the plaintiff's claim(s) arose.

DATED this _____ day of March, 2022.

JESSICA ABER
Digitally signed by JESSICA ABER
Date: 2022.03.18 10:39:43 -04'00'

_____
JESSICA D. ABER
UNITED STATES ATTORNEY