IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JAMILA HANIFI, | ) |
| Plaintiff, | ) ) ) ) ) |
| v. | ) Civil Action No. 1:22-cv-00293 |
| UNITED STATES OF AMERICA | ) ) ) ) |
| Defendant. | ) |

### ORDER

THIS MATTER comes before the Court on Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

It appears to the Court that there is a prior case pending, 1:22-cv-00243 *Hanifi v. United States of* America, involving the same issues. It is hereby

ORDERED that the Government's Motion to Dismiss is GRANTED and this case is DISMISSED without prejudice.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 18, 2022

1